# United States Court of Appeals
## For the First Circuit

---

No. 07-1981

MUSA KARIM,

Petitioner,

v.

MICHAEL MUKASEY, ATTORNEY GENERAL,

Respondent.

---

ERRATA

The Opinion issued on March 13, 2008 is amended as follows:

Page 3, Lines 5, 8 and 10 should read "Karim".